UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PAUL GARDNER,<br><br>                          Plaintiff,<br><br>    v.<br><br>NAPHCARE, INC.et al.,<br><br>                         Defendants. | Case No.  3:24-cv-00277-MMD-CLB<br><br>ORDER |

**I.    DISCUSSION**

Plaintiff Paul Gardner filed a civil rights complaint alleging that his rights were violated during his detention at Washoe County Detention Facility ("WCDF").  (ECF No. 1-1).  Based on the allegations in the complaint, it appears that Plaintiff has been released from custody, and WCDF's online inmate search does not list Plaintiff as a current detainee.  (*Id.* at 8).  Plaintiff has paid the $405 filing fee in full.  (ECF No. 1).

Federal courts must conduct a preliminary screening in any case in which an incarcerated person seeks redress from a governmental entity or officer or employee of a governmental entity.  See 28 U.S.C. § 1915A(a).  However, it appears that Plaintiff was no longer incarcerated when he filed the complaint.  As such, the screening requirements of 28 U.S.C. § 1915A do not apply to this case.  *See Olivas v. Nevada ex rel. Dep't of Corr.*, 856 F.3d 1281, 1284 (9th Cir. 2017) (holding "that a court may screen a complaint pursuant to 28 U.S.C. § 1915A only if, at the time the plaintiff files the complaint, he is 'incarcerated or detained'").

Federal courts must also conduct a preliminary screening in any case in which the plaintiff proceeds *in forma pauperis*.  28 U.S.C. § 1915(e)(2)(B)(i)-(iii); *See Lopez v. Smith*, 203 F.3d 1122, 1129 (9th Cir. 2000) (holding that this screening procedure applies to all actions filed *in forma pauperis*, whether or not the plaintiff is incarcerated).  However, in this case, Plaintiff has paid the filing fee in full.

///

1

Because Plaintiff is not currently incarcerated, and he has paid the $405 filing fee in full, this case is removed from the screening pool and will proceed according to standard litigation practices.

## II. CONCLUSION

IT IS THEREFORE ORDERED that the Court will not screen the complaint, and this case will proceed along a standard litigation track.

DATED THIS  8th day of July 2024.

_____
UNITED STATES MAGISTRATE JUDGE