1  CHAD C. COUCHOT
   Nevada Bar No. 12946
2  SCHUERING & DOYLE, LLP
   400 University Avenue
3  Sacramento, California 95825-6502
   (916) 567-0400
4  FAX: 568-0400

5  AIMEE CLARK NEWBERRY
   Nevada Bar No. 11084
6  CLARK NEWBERRY
   410 S. Rampart Blvd., Suite 390, Office #308,
7  Las Vegas, NV 89145
   (702) 608-4232
8

9  Attorneys for Defendants NAPHCARE, INC.; LARRY WILLIAMSON, M;D.; MIKE TREBIAN; MICHAEL TOVAR and FRANK AKPATI, NP
10

11

12                    IN THE UNITED STATES DISTRICT COURT
                              DISTRICT OF NEVADA
13

14  PAUL GARDNER, an individual,            )  NO.   3:24-cv-00277-MMD-CLB
                                             )
15              Plaintiff,                   )  **ORDER GRANTING**
                                             )  **STIPULATION OF DISMISSAL**
16  vs.                                      )  **OF   INDIVIDUAL DEFENDANTS**
                                             )
17  NAPHCARE, INC., a corporation; MICHAEL   )
    TREBIAN, an individual; MICHAEL TOVAR,   )
18  an individual; MICHAEL BUEHLER, an       )
    individual; NURSE FRANK AKPATI, an       )
19  individual; LARRY WILLIAMSON, M.D., an   )
    individual; WASHOE COUNTY, the legal     )
20  entity controlling the WASHOE COUNTY     )
    SHERIFF'S OFFICE; DOES I through X,      )
21  inclusive, and ROE I through X, inclusive.)
                                             )
22              Defendants.                  )
    _____)
23

24       IT IS HEREBY STIPULATED by and between the parties hereto, by and

25  through their respective counsel, that the above-entitled matter be dismissed with

26  prejudice as to individual Defendants LARRY WILLIAMSON, M;D.; MIKE TREBIAN

27  ///

28  ///


STIPULATION AND ORDER OF DISMISSAL OF INDIVIDUAL DEFENDANTS                    -1-

1  MICHAEL TOVAR and FRANK AKPATI, NP; with each party to bear their own fees
2  and costs.

3  Dated:      October  9 , 2025          Dated:      October  9 , 2025
4  SCHUERING & DOYLE, LLP                 MAINOR ELLIS INJURY LAWYERS

6  By: _____          By: _____
       CHAD C. COUCHOT                           ADAM ELLIS
7      400 University Avenue                     8367 W. Flamingo Road, # 200
       Sacramento, CA 95825                      Las Vegas, NV 89147
8      Attorneys for Defendants                  Attorneys for Plaintiff

10     Based on the stipulation of the parties, Defendants LARRY WILLIAMSON,
11 M;D.; MIKE TREBIAN; MICHAEL TOVAR and FRANK AKPATI, NP; are hereby
12 dismissed with prejudice.  IT IS ORDERED.

15 Dated: October 10, 2025
16                                                  _____
                                                    DISTRICT COURT JUDGE

STIPULATION AND ORDER OF DISMISSAL OF INDIVIDUAL DEFENDANTS          -2-