BRADLEY S. MAINOR, ESQ. (#7434)
  brad@me-injury.com
ADAM ELLIS, ESQ. (#14514)
  adam@me-injury.com
TAYLOR K. CALMELAT, ESQ. (#16681)
  taylor@me-injury.com
**MAINOR ELLIS INJURY LAWYERS**
8367 W. Flamingo Rd., Suite 200
Las Vegas, Nevada 89147
Tel. 702-450-5000 | Fax 702-733-1106
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PAUL GARDNER, an individual;<br><br>　　　Plaintiff,<br><br>vs.<br><br>NAPHCARE, INC., a corporation;<br>MICHAEL TREBIAN, an individual;<br>NURSE FRANK AKPATI, an individual;<br>LARRY WILLIAMSON, MD, an individual;<br>WASHOE COUNTY, the legal entity controlling the WASHOE COUNTY SHERIFF'S OFFICE; DOES I through X, inclusive; and ROE BUSINESS ENTITIES I through X, inclusive;<br><br>　　　Defendants. | CASE NO.: 3:24-cv-00277-MMD-CLB<br><br>**ORDER GRANTING STIPULATIO TO DISMISS WITH PREJUDICE** |

[the remainder of this page is intentionally blank]

It is stipulated by and between the parties, Plaintiff Paul Gardner, and Defendant Washoe County, through their undersigned counsel of record, that the above-entitled matter be dismissed with prejudice and each party is to bear their own attorney's fees and costs.

Date October 23, 2025

**MAINOR ELLIS, LLP**

/s/Adam Ellis
ADAM ELLIS, ESQ. (#14514)
8367 W. Flamingo Road, Suite 200
Las Vegas, NV 89147
*Attorney for Plaintiff*

Date October 23, 2025

**WASHOE COUNTY DISTRICT ATTORNEY'S OFFICE**

/s/ Wade Carner
WADE CARNER, ESQ. (#11530)
1 South Sierra Street
Reno, NV 89501
Attorney for Defendant WASHOE COUNTY

### **ORDER**

Pursuant to the stipulation of the parties, Defendant WASHOE COUNTY is hereby dismissed with prejudice, each party is to bear their own attorney's fees and costs.

**SO ORDERED**

DATED this 23rd day of October, 2025.

_____
DISTRICT COURT JUDGE