1  CHAD C. COUCHOT
   Nevada Bar No. 12946
2  SCHUERING & DOYLE, LLP
   350 University Avenue, Suite 200
3  Sacramento, California  95825-6502
   (916) 567-0400
4  FAX:  568-0400

5  AIMEE CLARK NEWBERRY
   Nevada Bar No. 11084
6  CLARK NEWBERRY
   410 S. Rampart Blvd., Suite 390, Office #308,
7  Las Vegas, NV 89145
   (702) 608-4232
8

9  Attorneys for Defendant NAPHCARE, INC.

10

11
                    IN THE UNITED STATES DISTRICT COURT
12                         DISTRICT OF NEVADA

13
   PAUL GARDNER, an individual,                )   NO.   3:24-cv-00277-MMD-CLB
14                                              )
              Plaintiff,                        )
15                                              )
   vs.                                          )
16                                              )
   NAPHCARE, INC., a corporation; MICHAEL       )   **ORDER GRANTING**
17 TREBIAN, an individual; MICHAEL TOVAR,       )   **STIPULATION FOR**
   an individual; MICHAEL BUEHLER, an           )   **DISMISSAL**
18 individual; NURSE FRANK AKPATI, an           )
   individual; LARRY WILLIAMSON, M.D., an       )
19 individual; WASHOE COUNTY, the legal         )
   entity controlling the WASHOE COUNTY         )
20 SHERIFF'S OFFICE; DOES I through X,          )
   inclusive, and ROE I through X, inclusive.   )
21                                              )
              Defendants.                       )
22                                              )

23
        IT IS HEREBY STIPULATED by and between the parties hereto, by and
24
   through their respective counsel, that the above-entitled matter be dismissed with
25
   prejudice as to Defendant NAPHCARE, INC with each party to bear their own fees
26
   and costs.
27
   ///
28

| | |
|---|---|
| Dated: October 29, 2025 | Dated: October 22, 2025 |
| SCHUERING & DOYLE, LLP | MAINOR ELLIS INJURY LAWYERS |
| By: _____<br>CHAD C. COUCHOT<br>350 University Avenue, Ste. 200<br>Sacramento, CA 95825<br>Attorneys for Defendants | By: _____<br>ADAM ELLIS<br>8367 W. Flamingo Road, # 200<br>Las Vegas, NV 89147<br>Attorneys for Plaintiff |

Based on the stipulation of the parties, Defendant NAPHCARE, INC. is hereby dismissed with prejudice.

IT IS ORDERED.

Dated: October 29, 2025

_____
DISTRICT COURT JUDGE

STIPULATION AND ORDER OF DISMISSAL

-2-